| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT NOMINATION FILING | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) White, Helene N | 2. Court or Organization 6th Circuit | 3. Date of Report 04/24/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Circuit Judge - Nominee | 5a. Report Type (check appropriate type) [X] Nomination, Date 04/15/2008 [ ] Initial [ ] Annual [ ] Final 5b. [ ] Amended Report | 6. Reporting Period 1/1/2007 to 3/31/2008 |
| 7. Chambers or Office Address 3020 West Grand Blvd Detroit Michigan 48202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[ ] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | NJH Associates |
| 2. Partner | NJHA Associates |
| 3. Partner | RNJH Associates |
| 4. Member | MWCM LLC |
| 5. Member | Powder Inc. LLC |
| 6. Trustee | Trust # 1 |
| 7. Trustee | Trust # 2 |
| 8. Trustee | Trust # 3 |
| 9. Trustee | Family Foundation |
| 10. Trustee | Trust # 4 |
| 11. Custodian | brokerage account # 1 under UGMA |
| 12. Custodian | brokerage account # 2 under UGMA |
| 13. Director | American Jewish Committee |
| 14. Director | Jewish Federation of Metropolitan Detroit |
| 15. Director | Detroit Institute of Arts |
| 16. Director, Vice President | JVS |
| 17. Director | Michigan Legal Services |
| 18. Trustee | Rholick Foundation |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. Pension | | Wayne County |
| 2. Pension | | State of Michigan |
| 3. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. Pension | | Wayne County |
| 2. Pension | | State of Michigan |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2006 | Michigan Court of Appeals judicial salary | $ 151,441 |
| 2. | 2006 | Michigan Court of Appeals value of use of state car | $ 4232 |
| 3. | 2007 | Michigan Court of Appeals judicial salary | $ 151,441. |
| 4. | 2007 | Michigan Court of Appeals value of use of state car | $ 2168 |
| 5. | 2008 YTD | Michigan Court of Appeals judicial salary | $ 40,772 |
| 6. | | | |
| 7. | | | |
| 8. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | EXEMPT | |
| 2. | | |
| 3. | | |
| 4. | | |

5.

5.

| Name of Person Reporting | Date of Report |
| --- | --- |
| White, Helene N | 04/24/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. EXEMPT | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. Hibernia Bank | mortgage on real estate located in Snowmass, Co. | M |
| 2. Powder Inc. | Member capital account | L |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Brokerage account #1 USB | | | | | EXEMPT | | | | |
| 2. -American Funds Balanced Fund class B | A | Dividend | J | T | | | | | |
| 3. -USB money market | A | Interest | J | T | | | | | |
| 4. Brokerage account # 2 Baird | | | | | | | | | |
| 5. -Cisco Systems common stock | | None | J | T | | | | | |
| 6. -Oracle common stock | | None | J | T | | | | | |
| 7. -Silicon Storage Tech common stock | | None | J | T | | | | | |
| 8. -Sun Microsystems | | None | J | T | | | | | |
| 9. -AIM Select Equity Fund | | None | K | T | | | | | |
| 10. -AIM Constellation Fund | | None | J | T | | | | | |
| 11. -Blackrock Preffered & Equity Trust | C | Dividend | K | T | | | | | |
| 12. -Franklin Managed Tr Rising Divds Fund | B | Dividend | K | T | | | | | |
| 13. -Seligman Communications & Info FD | | None | L | T | | | | | |
| 14. Brokerage account # 3 Baird | | | | | | | | | |
| 15. -News Corp Class B shares | A | Dividend | K | T | | | | | |
| 16. -AIM Select Equity Fd | | None | J | T | | | | | |
| 17. -Franklin Rising Dividends Fd | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N | 04/24/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -Putnam Health Sciences Trust | A | Dividend | J | T | | | | | |
| 19. Brokerage account # 4 cust UGMA Baird | | | | | | | | | |
| 20. -American Balanced Fund | A | Dividend | J | T | | | | | |
| 21. -AIM Constellation Fund | | None | J | T | | | | | |
| 22. -John Hancock regional bank fnd | B | Distribution | J | T | | | | | |
| 23. -AIM Sekect Equity fnd | | None | J | T | | | | | |
| 24. Brokerage account # 5 cust UGMA Baird | | | | | | | | | |
| 25. -AIM Constellation fnd | | None | J | T | | | | | |
| 26. -John Hancock Regional Bank Fnd | D | Distribution | J | | | | | | |
| 27. -American Balanced Fnd | A | Dividend | K | T | | | | | |
| 28. -Broadway Bank Bond | A | Interest | | | | | | | |
| 29. Brokerage account # 6 JP Morgan Chase | | | | | | | | | |
| 30. -First Place Financial Corp | A | Dividend | J | T | | | | | |
| 31. -Genzyme common stock | | None | J | T | | | | | |
| 32. -Microsoft common stock | A | Dividend | J | T | | | | | |
| 33. Brokerage account # 7 Smith Barney | | | | | | | | | |
| 34. -Johnson & Johnson common stock | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N | 04/24/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Money market funds | A | Interest | J | T | | | | | |
| 36. brokerage account # 8 H&R Block | | | | | | | | | |
| 37. -Money market | A | Interest | J | T | | | | | |
| 38. -General Electric common stock | B | Dividend | K | T | | | | | |
| 39. -American Science and Engineering common stock | A | Dividend | J | T | | | | | |
| 40. -RCM Technologies common stock | | None | J | T | | | | | |
| 41. Brokerage account # 9 Oppenheimer | | | | | | | | | |
| 42. -money market | A | Interest | J | T | | | | | |
| 43. -American Science and Engineerig common stock | A | Dividend | J | T | | | | | |
| 44. -Emulex common stock | | None | J | T | | | | | |
| 45. -QLogic common stock | | None | K | T | | | | | |
| 46. 401k St of Mich | | | | | | | | | |
| 47. --SSga S&P 500index | | | M | T | | | | | |
| 48. ---SSga MidCap Index | | | M | T | | | | | |
| 49. ---SSga Russel 2000 index | | | M | T | | | | | |
| 50. ----Amer Funds Euro/Pac Gr | | | M | T | | | | | |
| 51. Wayne County Def Comp | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N | 04/24/2008 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. ------Lord Abbott Mid Cap Fd | | | J | T | | | | | |
| 53. IRA Morgan Stanley Focus Growth Fund | | | J | T | | | | | |
| 54. Israel Bonds ugma 7/07 | A | Interest | K | T | | | | | |
| 55. Israel Bonds ugma 7/07 | A | Interest | K | T | | | | | |
| 56. Israel Bonds ugma 4/08 | A | Interest | K | T | | | | | |
| 57. Israel Bonds ugma 4/08 | A | Interest | K | T | | | | | |
| 58. Israel Bonds ugma 4/10 | B | Interest | K | T | | | | | |
| 59. Israel Bonds ugma 4/11 | B | Interest | K | T | | | | | |
| 60. Israel Bonds ugma 4/11 | B | Interest | K | T | | | | | |
| 61. Israel Bonds ugma 4/2010 | B | Interest | K | T | | | | | |
| 62. Roaring Brook Capital Fund | | None | O | T | | | | | |
| 63. Great Plains Energy stock | A | Dividend | J | T | | | | | |
| 64. Marc Pharmaceutical stock | | None | J | T | | | | | |
| 65. Trust # 1 FWRT, shared beneficial interest, bank acct | A | Interest | J | T | | | | | |
| 66. RNJH Assoc ltd. partner | F | Dividend | P1 | T | | | | | |
| 67. ----TOCQX | | | | | | | | | |
| 68. - RNJH--Smith Barney accnt # 1 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N | 04/24/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ——Western Asst Money Market | | | | | | | | | |
| 70. ——ACN | | | | | | | | | |
| 71. STX | | | | | | | | | |
| 72. ——ATT | | | | | | | | | |
| 73. ——AIG | | | | | | | | | |
| 74. ——BAX | | | | | | | | | |
| 75. ——BBY | | | | | | | | | |
| 76. ——BA | | | | | | | | | |
| 77. ——CAM | | | | | | | | | |
| 78. ——CSCO | | | | | | | | | |
| 79. ——KO | | | | | | | | | |
| 80. ——CL | | | | | | | | | |
| 81. ——DELL | | | | | | | | | |
| 82. ——EMR | | | | | | | | | |
| 83. ——ESRX | | | | | | | | | |
| 84. ——FCX | | | | | | | | | |
| 85. ——GD | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N | 04/24/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. ——GILD | | | | | | | | | |
| 87. ——GR | | | | | | | | | |
| 88. ——HAL | | | | | | | | | |
| 89. ——HRS | | | | | | | | | |
| 90. ——HNZ | | | | | | | | | |
| 91. ——HON | | | | | | | | | |
| 92. ——ITW | | | | | | | | | |
| 93. ——INTC | | | | | | | | | |
| 94. ——IBM | | | | | | | | | |
| 95. ——JNJ | | | | | | | | | |
| 96. ——JCR | | | | | | | | | |
| 97. ——KR | | | | | | | | | |
| 98. ——LH | | | | | | | | | |
| 99. ——LRCX | | | | | | | | | |
| 100. ——LLY | | | | | | | | | |
| 101. ——LMT | | | | | | | | | |
| 102. ——WFR | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N | 04/24/2008 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. ——MCD | | | | | | | | | |
| 104. ——MSFT | | | | | | | | | |
| 105. ——MUR | | | | | | | | | |
| 106. ——NOV | | | | | | | | | |
| 107. ——NIKE | | | | | | | | | |
| 108. ——NUE | | | | | | | | | |
| 109. ——NVDA | | | | | | | | | |
| 110. ——OMC | | | | | | | | | |
| 111. ——ORCL | | | | | | | | | |
| 112. ——PX | | | | | | | | | |
| 113. ——PRU | | | | | | | | | |
| 114. ——SLB | | | | | | | | | |
| 115. ——SII | | | | | | | | | |
| 116. ——STT | | | | | | | | | |
| 117. ——TEX | | | | | | | | | |
| 118. ——MMM | | | | | | | | | |
| 119. ——UTX | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 13 of 34

**Name of Person Reporting**

White, Helene N

**Date of Report**

04/24/2008

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. ——UNH | | | | | | | | | |
| 121. ——WYE | | | | | | | | | |
| 122. ——YUM | | | | | | | | | |
| 123. ——RNJH Smith Barney acnt # 2 | | | | | | | | | |
| 124. ——Westrrn Asset MM | | | | | | | | | |
| 125. ——HYP | | | | | | | | | |
| 126. ——WASCX | | | | | | | | | |
| 127. ——NHMCX | | | | | | | | | |
| 128. ——RMUCX | | | | | | | | | |
| 129. ——ABIYX | | | | | | | | | |
| 130. ——BGRFX | | | | | | | | | |
| 131. ——DNVYX | | | | | | | | | |
| 132. ——AEGFX | | | | | | | | | |
| 133. ——GFAFX | | | | | | | | | |
| 134. ——LZEMX | | | | | | | | | |
| 135. ——RYOTX | | | | | | | | | |
| 136. ——Puerto Rico HSG Rev bond | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N | 04/24/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing Instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. RNJH Smith Barney Acct#3 | | | | | | | | | |
| 138. --Wstrn asset MM | | | | | | | | | |
| 139. ------AWH | | | | | | | | | |
| 140. ------COV | | | | | | | | | |
| 141. ------NBR | | | | | | | | | |
| 142. ------STX | | | | | | | | | |
| 143. ------TYC | | | | | | | | | |
| 144. ------TEL | | | | | | | | | |
| 145. ------WFT | | | | | | | | | |
| 146. ------VRGY | | | | | | | | | |
| 147. ------ABT | | | | | | | | | |
| 148. ------AA | | | | | | | | | |
| 149. ------ALKS | | | | | | | | | |
| 150. ------AMZN | | | | | | | | | |
| 151. ------AIG | | | | | | | | | |
| 152. ------AXP | | | | | | | | | |
| 153. ------AMGN | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
## Page 15 of 34

**Name of Person Reporting**

White, Helene N

**Date of Report**

04/24/2008

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. ———APC | | | | | | | | | |
| 155. ———NLY | | | | | | | | | |
| 156. ———ANN | | | | | | | | | |
| 157. ———AMAT | | | | | | | | | |
| 158. ———ADSK | | | | | | | | | |
| 159. ———BJS | | | | | | | | | |
| 160. ———BP | | | | | | | | | |
| 161. ———BHI | | | | | | | | | |
| 162. ———BAC | | | | | | | | | |
| 163. ———BBBY | | | | | | | | | |
| 164. ———BRKB | | | | | | | | | |
| 165. ———BIIB | | | | | | | | | |
| 166. ———BRCM | | | | | | | | | |
| 167. ———CVC | | | | | | | | | |
| 168. ———CB | | | | | | | | | |
| 169. ———CSCO | | | | | | | | | |
| 170. ———KO | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | S =Assessment | | | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N | 04/24/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-37 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. ------CMCSK | | | | | | | | | |
| 172. ------CREE | | | | | | | | | |
| 173. ------DELL | | | | | | | | | |
| 174. ------DISCA | | | | | | | | | |
| 175. ------DIS | | | | | | | | | |
| 176. ------DOV | | | | | | | | | |
| 177. ------DD | | | | | | | | | |
| 178. ------EBAY | | | | | | | | | |
| 179. ------EMR | | | | | | | | | |
| 180. ------EXPE | | | | | | | | | |
| 181. ------ERTS | | | | | | | | | |
| 182. ------XOM | | | | | | | | | |
| 183. ------FRX | | | | | | | | | |
| 184. ------BEN | | | | | | | | | |
| 185. ------GPS | | | | | | | | | |
| 186. ------DNA | | | | | | | | | |
| 187. ------GE | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Columns C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. ------GENZ | | | | | | | | | |
| 189. ------HD | | | | | | | | | |
| 190. ------HON | | | | | | | | | |
| 191. ------IACI | | | | | | | | | |
| 192. ------GRP | | | | | | | | | |
| 193. ------IMCL | | | | | | | | | |
| 194. ------INTC | | | | | | | | | |
| 195. ------IBM | | | | | | | | | |
| 196. ------JNJ | | | | | | | | | |
| 197. ------JPM | | | | | | | | | |
| 198. ------KMB | | | | | | | | | |
| 199. ------KFT | | | | | | | | | |
| 200. ------LLL | | | | | | | | | |
| 201. ------LWSN | | | | | | | | | |
| 202. ------LEH | | | | | | | | | |
| 203. ------LBTYA | | | | | | | | | |
| 204. ------LBTYK | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N | 04/24/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children, See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. ------LLY | | | | | | | | | |
| 206. ------MRK | | | | | | | | | |
| 207. ------LINTA | | | | | | | | | |
| 208. ------LCAPA | | | | | | | | | |
| 209. ------LMDIA | | | | | | | | | |
| 210. ------MER | | | | | | | | | |
| 211. ------MSFT | | | | | | | | | |
| 212. ------MLMN | | | | | | | | | |
| 213. ------MOT | | | | | | | | | |
| 214. ------NWS | | | | | | | | | |
| 215. ------NVS | | | | | | | | | |
| 216. ------NVLS | | | | | | | | | |
| 217. ------PMI | | | | | | | | | |
| 218. ------PLL | | | | | | | | | |
| 219. ------PEP | | | | | | | | | |
| 220. -- PFE | | | | | | | | | |
| 221. ------PG | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N | 04/24/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. ——RTN | | | | | | | | | |
| 223. ——SNDK | | | | | | | | | |
| 224. ——SLB | | | | | | | | | |
| 225. ——SHLD | | | | | | | | | |
| 226. ——SSD | | | | | | | | | |
| 227. ——STT | | | | | | | | | |
| 228. ——TSM | | | | | | | | | |
| 229. ——TXN | | | | | | | | | |
| 230. ——TWX | | | | | | | | | |
| 231. ——UL | | | | | | | | | |
| 232. ——UNH | | | | | | | | | |
| 233. ——VZ | | | | | | | | | |
| 234. ——VOD | | | | | | | | | |
| 235. ——WMT | | | | | | | | | |
| 236. ——WY | | | | | | | | | |
| 237. ——WWY | | | | | | | | | |
| 238. ——WYE | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N | 04/24/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. RNJH Smith Barney Act # 4 | | | | | | | | | |
| 240. ----Westrn asset MM | | | | | | | | | |
| 241. ----COV | | | | | | | | | |
| 242. ----RIG | | | | | | | | | |
| 243. ----TYC | | | | | | | | | |
| 244. ----A | | | | | | | | | |
| 245. ----MO | | | | | | | | | |
| 246. ----AXP | | | | | | | | | |
| 247. ----AIG | | | | | | | | | |
| 248. ----AMP | | | | | | | | | |
| 249. ----AOC | | | | | | | | | |
| 250. ----BK | | | | | | | | | |
| 251. ----BBBY | | | | | | | | | |
| 252. ----BRKB | | | | | | | | | |
| 253. ----HRB | | | | | | | | | |
| 254. ----CVS | | | | | | | | | |
| 255. ----CNQ | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N | 04/24/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. ——CAH | | | | | | | | | |
| 257. ——C | | | | | | | | | |
| 258. ——CMCSK | | | | | | | | | |
| 259. ——COP | | | | | | | | | |
| 260. ——COST | | | | | | | | | |
| 261. ——DELL | | | | | | | | | |
| 262. ——DVN | | | | | | | | | |
| 263. ——DEO | | | | | | | | | |
| 264. ——EOG | | | | | | | | | |
| 265. ——ESRX | | | | | | | | | |
| 266. ——GE | | | | | | | | | |
| 267. ——TV | | | | | | | | | |
| 268. ——HOG | | | | | | | | | |
| 269. ——HPQ | | | | | | | | | |
| 270. ——IRM | | | | | | | | | |
| 271. ——JPM | | | | | | | | | |
| 272. ——LTR | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N | 04/24/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. ------MER | | | | | | | | | |
| 274. ------MSFT | | | | | | | | | |
| 275. ------MCO | | | | | | | | | |
| 276. ------NWSA | | | | | | | | | |
| 277. ------OXY | | | | | | | | | |
| 278. ------PM | | | | | | | | | |
| 279. ------PG | | | | | | | | | |
| 280. ------PGR | | | | | | | | | |
| 281. ------SEE | | | | | | | | | |
| 282. ------S | | | | | | | | | |
| 283. ------TRH | | | | | | | | | |
| 284. ------UNH | | | | | | | | | |
| 285. ------VMC | | | | | | | | | |
| 286. ------WB | | | | | | | | | |
| 287. ------WMT | | | | | | | | | |
| 288. ------WFC | | | | | | | | | |
| 289. RNJH SMITH BARNEY ACCT # 5 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N | 04/24/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. -----Western Assett MM | | | | | | | | | |
| 291. -----AMCRY | | | | | | | | | |
| 292. -----BRGYY | | | | | | | | | |
| 293. -----BP | | | | | | | | | |
| 294. -----BNPQY | | | | | | | | | |
| 295. -----STD | | | | | | | | | |
| 296. -----BAYRY | | | | | | | | | |
| 297. -----CAJ | | | | | | | | | |
| 298. -----DT | | | | | | | | | |
| 299. -----FBRWY | | | | | | | | | |
| 300. -----GSK | | | | | | | | | |
| 301. -----HBOOY | | | | | | | | | |
| 302. -----HGKGY | | | | | | | | | |
| 303. -----ING | | | | | | | | | |
| 304. -----KCRPY | | | | | | | | | |
| 305. -----LYG | | | | | | | | | |
| 306. -----MLEAY | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N | 04/24/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. ———NABZY | | | | | | | | | |
| 308. ———NCG | | | | | | | | | |
| 309. ———NTT | | | | | | | | | |
| 310. ———NVS | | | | | | | | | |
| 311. ———FORSY | | | | | | | | | |
| 312. ———ENL | | | | | | | | | |
| 313. ———RWEOY | | | | | | | | | |
| 314. ———RDSL | | | | | | | | | |
| 315. ———SSL | | | | | | | | | |
| 316. ———SEOAY | | | | | | | | | |
| 317. ———SCGLY | | | | | | | | | |
| 318. ———TSM | | | | | | | | | |
| 319. ———NZT | | | | | | | | | |
| 320. ———TEF | | | | | | | | | |
| 321. ———TLSYY | | | | | | | | | |
| 322. ———TOT | | | | | | | | | |
| 323. ———TM | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N | 04/24/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. ----UL | | | | | | | | | |
| 325. ----UOVEY | | | | | | | | | |
| 326. ----UPMKY | | | | | | | | | |
| 327. Trust # 2 RWLTIT GST A, trustee | D | Dividend | N | T | | | | | |
| 328. ----ltd partnership interest in RNJH Assoc. Ltp. | | | | | | | | | |
| 329. ----for assets RNJH Assoc. Ltp see lines 67- 326 | | | | | | | | | |
| 330. Trust # 3 RWLTIT GST B, Trustee | D | Dividend | N | T | | | | | |
| 331. ----limited parnership interest inRNJH corp | | | | | | | | | |
| 332. ----For assets of RNJH see lines 67 -326 | | | | | | | | | |
| 333. Trust #4 RWLTITNAR, trustee: | | | | | | | | | |
| 334. -Credit Suisse, US Treasury Money Market Fund | D | Interest | P1 | T | | | | | |
| 335. Trust # 5 RWLTITHW shared beneficial interest: | | | M | T | | | | | |
| 336. -Credut Suisse US Treasury Money Market Fund | E | Interest | P1 | T | | | | | |
| 337. ----Smith Barney accnt | | | | T | | | | | |
| 338. -IVY Asset Strategy Fund | A | Dividend | M | T | | | | | |
| 339. - TRAK Advisory Funds | D | Dividend | M | T | | | | | |
| 340. ----Nuveen High yield Muni Bond fund | B | Dividend | L | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Trust #6 RGWRT: beneficial interest: | | | N | T | | | | | |
| 342. -Columbia Cash Reserves Money Market | A | Interest | K | T | | | | | |
| 343. -Blackrock Insured Municipal Income ?Trust | B | Dividend | K | T | | | | | |
| 344. -Easton Vance Insured Municipal Bond Fund | D | Dividend | L | T | | | | | |
| 345. -Delcath Systems | | None | J | T | | | | | |
| 346. -NYSHA Bond | D | Interest | L | T | | | | | |
| 347. -Tampa Fla Rev Bond | D | Interest | M | T | | | | | |
| 348. -Polk Cnty Fla School Brd Bond | B | Interest | K | T | | | | | |
| 349. -Franklin Florida Tax Free Income Fund | D | Interest | M | T | | | | | |
| 350. -vendee's interest in unimproved Calif. real estate | D | Distribution | K | T | | | | | |
| 351. MWCM LLC, ltd ptr, RE dvlpmnt Macomb, Mi seeVIII | | None | M | R | | | | | |
| 352. Powder Inc.LLC, jnt interest in condo in Copper Mt,Co | | None | N | W | | | | | |
| 353. Condominium, Snowmass Co | | None | O | W | | | | | |
| 354. NJH Associates, partner limited partnership interests in: | F | Distribution | O | W | | | | | |
| 355. -vendee's interest in unimproved California property | | | | | | | | | |
| 356. -BJW Associates Real Estate NYC | | | | | | | | | |
| 357. -Lexington Ave AssocReal Estate NYC | | | | | | | | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. -First Sutton Assoc Real Estate NYC | | | | | | | | | |
| 359. -Asbury Plaza Venture, Real Estate, Chicago | | | | | | | | | |
| 360. -Alma Associates, Real Estate Arkansas | | | | | | | | | |
| 361. -Belmont Madison AssociatesReal Estate NYC | | | | | | | | | |
| 362. -Lincoln Terrace Axxociates, NYC | | | | | | | | | |
| 363. NJHA Associates, partner | | None | K | W | | | | | |
| 364. -4400 University Ltd Partnership | | | | | | | | | |
| 365. 2001 ESBT shared beneficial interest | | None | | | | | | | |
| 366. ———Marchon stock | | | O | U | | | | | |
| 367. ———OSS Holdings | | | M | U | | | | | |
| 368. 2006 ESBT: shared beneficial interest | | None | | | | | | | |
| 369. -Marchon stock | | | N | U | | | | | |
| 370. --OSS Holdings | | | L | U | | | | | |
| 371. 2007 ESBT Marchon shared beneficial interest | | None | | | | | | | |
| 372. -----Marchon stock | | | O | U | | | | | |
| 373. ———OSS Holdings | | | M | U | | | | | |
| 374. Estate JJW: executor and shared beneficial interest: | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 375. ------BOA accnt | | | P1 | T | | | | | |
| 376. -----WRB Associates 2 office -----bldgsLong Island 2006 | | | P1 | Q | | | | | |
| 377. -----NJH | | | N | W | | | | | |
| 378. ------NJHA | | | K | W | | | | | |
| 379. ------RNJA, INC general partner of RNJH ltp 2006 | | | K | Q | | | | | |
| 380. for holdings of RNJH, see lines 67 - 326 above | | | | | | | | | |
| 381. - Marchon stock | | | P2 | U | | | | | |
| 382. --OSS HOLDINGS | | | P1 | U | | | | | |
| 383. --Marc Pharmaceutical stock | | | K | T | | | | | |
| 384. -Smith Barney brokerage acnt | | | J | T | | | | | |
| 385. -entrada networks Inc | | | | | | | | | |
| 386. --neo-stem Inc. | | | | | | | | | |
| 387. -zhone technologies | | | | | | | | | |
| 388. Rholick Foundation, Dir. Wachovia Securities | F | Dividend | P1 | T | | | | | |
| 389. -----Cash Accumulation Trust | | | | | | | | | |
| 390. ----ATVI | | | | | | | | | |
| 391. ---LNT | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N | 04/24/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. ----APG | | | | | | | | | |
| 393. ----AIG | | | | | | | | | |
| 394. ----APA | | | | | | | | | |
| 395. ----T | | | | | | | | | |
| 396. ----BRL | | | | | | | | | |
| 397. ----CPKI | | | | | | | | | |
| 398. ----CSCO | | | | | | | | | |
| 399. CGW | | | | | | | | | |
| 400. ----GLW | | | | | | | | | |
| 401. ----CVS | | | | | | | | | |
| 402. ----DNR | | | | | | | | | |
| 403. ----EQT | | | | | | | | | |
| 404. ----XOM | | | | | | | | | |
| 405. ----FISV | | | | | | | | | |
| 406. ----FRX | | | | | | | | | |
| 407. ----FSP | | | | | | | | | |
| 408. ----FTO | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N | 04/24/2008 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 409. ----XCM | | | | | | | | | |
| 410. ----GE | | | | | | | | | |
| 411. ----HCC | | | | | | | | | |
| 412. ----HPQ | | | | | | | | | |
| 413. ----HRL | | | | | | | | | |
| 414. ----INTC | | | | | | | | | |
| 415. ----IVZ | | | | | | | | | |
| 416. ----IRM | | | | | | | | | |
| 417. ----JNJ | | | | | | | | | |
| 418. ----JPM | | | | | | | | | |
| 419. ----KSS | | | | | | | | | |
| 420. ----LDSH | | | | | | | | | |
| 421. ----MAN | | | | | | | | | |
| 422. ----MI | | | | | | | | | |
| 423. ----MDT | | | | | | | | | |
| 424. ----MSFT | | | | | | | | | |
| 425. ----MYL | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N | 04/24/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. —NE | | | | | | | | | |
| 427. —PFE | | | | | | | | | |
| 428. —PPDI | | | | | | | | | |
| 429. —PL | | | | | | | | | |
| 430. —RSG | | | | | | | | | |
| 431. —SSW | | | | | | | | | |
| 432. —SRE | | | | | | | | | |
| 433. —SFD | | | | | | | | | |
| 434. —JAVA | | | | | | | | | |
| 435. —TTEK | | | | | | | | | |
| 436. —TMO | | | | | | | | | |
| 437. —TWX | | | | | | | | | |
| 438. —SDS | | | | | | | | | |
| 439. —VWO | | | | | | | | | |
| 440. —WEC | | | | | | | | | |
| 441. W-R Fam. Foundation, Dir. Credit Suisse | E | Dividend | O | T | | | | | |
| 442. —US Treas. cas res instl | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N | 04/24/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. —AIG | | | | | | | | | |
| 444. —AMGN | | | | | | | | | |
| 445. —BRK B | | | | | | | | | |
| 446. —XOM | | | | | | | | | |
| 447. —GE | | | | | | | | | |
| 448. —IAR | | | | | | | | | |
| 449. —INTC | | | | | | | | | |
| 450. —MHS | | | | | | | | | |
| 451. —MRK | | | | | | | | | |
| 452. —PFE | | | | | | | | | |
| 453. —TXN | | | | | | | | | |
| 454. —VZ | | | | | | | | | |
| 455. —WFC | | | | | | | | | |
| 456. —TLT | | | | | | | | | |
| 457. —IEF | | | | | | | | | |
| 458. —SHY | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, line 351, interest purchased for $200,000 in 2007.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date 4/24/08

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 20 | 000 | Notes payable to banks-secured | | | |
| U.S. Government securities-add schedule | | | | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | 1 | 020 | 000 | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | 80 | 000 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | 27 | 000 |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | 615 | 000 |
| Real estate owned-add schedule | 1 | 500 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 75 | 000 | LLC capital account | | 54 | 000 |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | 8 | 700 | 000 | | | | |
| See attached schedule | | | | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 696 | 000 |
| | | | | Net Worth | 10 | 699 | 000 |
| Total Assets | 11 | 395 | 000 | Total liabilities and net worth | 11 | 395 | 000 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | NO | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | NO | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |